IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEVIN RANDOLPH,**

    **Plaintiff,**

    v.

**BATH & BODY WORKS, INC.,**
    *et al.,*

    **Defendants.**

                                    Civil Action 2:25-cv-284
                                    Judge Michael H. Watson
                                    Magistrate Judge Elizabeth P. Deavers

## **ORDER**

By Opinion and Orders dated November 17, 2025, the Court ordered the filing of Plaintiff's Amended Complaint and completed its screening of that Amended Complaint, allowing Plaintiff's ADA retaliation claim against Bath & Body Works, Inc. ("Bath & Body Works") to proceed.  (ECF Nos. 41-43.)   Bath & Body Works previously was served with a copy of Plaintiff's initial Complaint and counsel has entered an appearance on its behalf.  (ECF Nos. 6, 14, 20, 27, 28.)  Accordingly, the Undersigned deems service of the Amended Complaint on Bath & Body Works to have been completed upon the filing of the Amended Complaint on the Court's docket.  Bath & Body Works shall move or plead in response to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.  Bath & Body Works may have until **DECEMBER 9, 2025**, to respond to Plaintiff's remaining motions, ECF Nos. 36, 38. The default briefing schedule (fourteen days) shall apply should Plaintiff wish to file a reply.

    **IT IS SO ORDERED.**

**Date:  November 18, 2025**                    */s/ Elizabeth A. Preston Deavers*
                                                       **ELIZABETH A. PRESTON DEAVERS**
                                                       **UNITED STATES MAGISTRATE JUDGE**