**CERTIFICATE OF SERVICE**

*(Certificate of In-Person Service and Receipt of Notice to the Court and Request for Reassignment)*

**Randolph v. Bath & Body Works, Inc., et al.**
**Case No. 2:25-cv-284**
United States District Court
Southern District of Ohio

I, **Devin Jamil Randolph**, hereby certify that on this **17th day of December, 2025**, I served the foregoing document titled:

**"NOTICE TO THE COURT AND REQUEST TO THE CHIEF JUDGE FOR REASSIGNMENT TO ORIGINAL JUDGE UNDER DUE PROCESS AND JUDICIAL ECONOMY GROUNDS,"**
together with the accompanying **In-Person Receipt and Acknowledgment of Delivery**, on the following:

**U.S. District Court – Southern District of Ohio**
Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**Method of Service (one or more):**

☒ Hand Delivery / In-Person Filing
☒ U.S. Mail — First Class
☒ Electronic Submission via Court Portal (if applicable)

At this time, **no valid counsel of record has been confirmed** for Defendant **Bath & Body Works, Inc.** Accordingly, service is properly made upon the Court pursuant to **Federal Rule of Civil Procedure 5(b)(2)**.

I certify under penalty of perjury that the foregoing is true and correct.


/s/ **Devin Jamil Randolph**


**Devin Jamil Randolph**
Plaintiff, Pro Se

450 Alder Drive East, #302
Gahanna, Ohio 43230
Email: devinrandolph@myyahoo.com
Phone: (614) 828-7284

**Dated:** December 17, 2025