Query    Reports    Utilities    Help

**2:25-cv-00284-MHW-EPD** Randolph v. Bath & Body Works, Inc. et al
Michael H. Watson, presiding
Elizabeth Preston Deavers, referral
**Date filed:** 03/20/2025
**Date of last filing:** 12/15/2025

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 1 | Response Deadline | 03/20/2025 | 04/10/2025 | | 04/10/2025 |
| 2 | Deficiency Deadline | 03/24/2025 | 04/24/2025 | | 07/15/2025 |
| 4 | Response Deadline | 04/10/2025 | 05/05/2025 | | 04/14/2025 |
| 7 | Objections to R&R Deadline | 04/23/2025 | 05/07/2025 | | 05/06/2025 |
| 11 | Response Deadline | 06/26/2025 | 07/21/2025 | | 07/29/2025 |
| 12 | Response Deadline | 07/01/2025 | 07/25/2025 | | 11/17/2025 |
| 13 | Response Deadline | 07/03/2025 | 07/28/2025 | | 11/17/2025 |
| 16 | Response Deadline | 07/24/2025 | 08/18/2025 | | 07/29/2025 |
| 6 | Answer due | 04/23/2025 | 08/20/2025 | | |
| 19 | Response Deadline | 08/04/2025 | 08/28/2025 | | 08/12/2025 |
| 23 | Response Deadline | 08/21/2025 | 09/11/2025 | | 11/17/2025 |
| 23 | Response Deadline | 08/21/2025 | 09/15/2025 | | 11/17/2025 |
| 30 | Response Deadline | 09/03/2025 | 09/24/2025 | | 11/17/2025 |
| 30 | Response Deadline | 09/03/2025 | 09/29/2025 | | 11/17/2025 |
| 31 | Response Deadline | 09/16/2025 | 10/10/2025 | | 11/17/2025 |
| 36 | Response Deadline | 10/08/2025 | 11/03/2025 | | 11/18/2025 |
| 38 | Response Deadline | 10/08/2025 | 11/03/2025 | | 11/18/2025 |
| 36 | Response Deadline | 10/08/2025 | 12/09/2025 | | |
| 38 | Response Deadline | 10/08/2025 | 12/09/2025 | | |
| 51 | Response Deadline | 12/02/2025 | 12/26/2025 | | |
| 52 | Response Deadline | 12/05/2025 | 12/29/2025 | | |
| 53 | Response Deadline | 12/08/2025 | 01/02/2026 | | |
| 59 | Response Deadline | 12/09/2025 | 01/02/2026 | | |