IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEVIN RANDOLPH, | : |
| Plaintiff, | : |
| vs. | : Case No. C2-25-cv-284 |
| BATH & BODY WORKS, INC., et al., | : |
| Defendants. | : |

### ORDER

The Honorable Algenon L. Marbley hereby recuses himself from the above-styled case.

This case is to be transferred back to the unassigned docket and redrawn for assignment.

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATE: March 25, 2025**