UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Devin Randolph,

    Plaintiff,

v.

Bath & Body Works, Inc.,

    Defendant.

Case No. 2:25-cv-284

Judge Michael H. Watson

Magistrate Judge Shimeall

## OPINION AND ORDER

Devin Randolph ("Plaintiff") has prevented the Court from holding a productive discovery conference, moving at the last minute to postpone each conference scheduled between March and June 2026. See ECF Nos. 82–84, 86, 88, 90–91, 95, 98–100. Often, Plaintiff nonsensically came to the courthouse a day or two before the scheduled hearing and filed motions arguing that he was medically unable to attend a telephone conference. As noted by the Magistrate Judge's Report and Recommendation ("R&R"), Plaintiff's purported inability to participate in a telephone conference is further undermined by the multiple telephone calls he made to the Court. R&R 4, ECF No. 101. In addition to preventing necessary conferences, Plaintiff filed numerous and vexatious motions that have wasted the Court's resources and prevented meaningful progress on this single-claim case.

As such, and because Plaintiff was explicitly warned of this consequence before he missed the latest discovery conference, the Magistrate Judge has recommended that the Court dismiss Plaintiff's claim for failure to prosecute and failure to comply with the Court's Orders. R&R, ECF No. 101. The R&R notified

Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 10.

The deadline to object has passed, and, in lieu of objecting, Plaintiff filed a document titled "Notice to the Court Regarding Document Received." ECF No. 102. That document argues that Plaintiff has nerve damage, that the Court has worsened the same, and that the Court has received certain prior filings. *See id.* The document is explicitly not an objection but rather "is submitted solely to clarify the record and explain the circumstances surrounding the preparation and submission of the attached materials." *Id.* at 2.

As Plaintiff failed to object to the R&R, the Court **ADOPTS** the same without conducting a *de novo* review. In the alternative, and construing ECF No. 101 generously as an objection, the Court has performed a *de novo* review, agrees with the R&R, and therefore **OVERRULES** the objection and **ADOPTS** the R&R. Accordingly, the Court **DISMISSES WITH PREJUDICE** the sole remaining claim in this case, pursuant to Federal Rule of Civil Procedure 41(b). Furthermore, the Court **CERTIFIES** that any appeal would not be taken in good faith and that Plaintiff should not be permitted to proceed *in forma pauperis* on appeal. The Clerk shall enter judgment for Defendant and terminate this case.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT